UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DUSTIN BARNETT,<br><br>                    Petitioner,<br>        v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                    Respondents. | Case No. 3:14-cv-00155-MMD-WGC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

On September 8, 2014, respondents filed an answer to the petition, along with an index of exhibits, and supporting Exhibits 1-113. (Dkt. nos. 10, 11, 12, 13, 14.) On October 24, 2014, the Court received a letter from petitioner. Petitioner seeks a "file-stamped copy of the answer and all contents that were mailed last month." (Dkt. no. 16, at p. 1.) Petitioner complains that the answer "did not have a filing date on it." (*Id.*). Both the answer and the index of exhibits include a certificate of service indicating that respondents served petitioner with the answer, the index of exhibits, and the exhibits. (Dkt. no. 10 at p. 15; dkt. no. 11 at p. 8.) Petitioner is informed that respondents properly served the answer and exhibits on him by United States mail, pursuant to Rule 5 of the Federal Rules of Civil Procedure. The Court declines to send petitioner the answer and all exhibits that were filed and served. To the extent that petitioner seeks a file-stamped copy of the first page of the answer and the first page of the index of exhibits, the Court will direct the Clerk of Court to send just those two pages to petitioner.

Petitioner's letter also seeks an extension of time in which to file a reply to the answer. (Dkt. no. 16.) Good cause appearing, petitioner is granted an additional sixty (60) days in which to file a reply to the answer.

Petitioner is reminded that all requests for court action must be styled as a motion, not a letter. Additionally, petitioner's letter to the Court contains no certificate stating that it was served on respondents. In the Court's scheduling order, filed July 25, 2014, this Court ordered as follows:

> It is further ordered that, henceforth, petitioner shall serve upon the Attorney General of the State of Nevada a copy of every pleading, motion, or other document he submits for consideration by the Court. Petitioner shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Attorney General. The Court may disregard any paper that does not include a certificate of service. After respondents appear in this action, petitioner shall make such service upon the particular Deputy Attorney General assigned to the case.

(Dkt no 7, at p. 2.) The Court, on this one occasion, will excuse petitioner's failure to comply with his duty to serve a copy of his pleading on the Attorney General and attach a certificate stating that he so served it. Petitioner is forewarned that from this point forward, the Court will disregard any paper filed by petitioner that does not bear a proper certificate of service on the Attorney General.

It is therefore ordered that petitioner's request for an extension of time to file a reply is granted. Petitioner's reply to the answer shall be filed within sixty (60) days from the date of entry of this order.

It is further ordered that the Clerk of Court shall send petitioner the first page of the answer (dkt. no. 10, at p. 1) and the first page of the index of exhibits (dkt. no. 11, at p. 1), bearing the date on which those documents were filed.

DATED THIS 29th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2